IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TAWANNA THIERRY | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-07-1086 |
| | § | |
| | § | |
| SCHLUMBERGER TECHNOLOGY CORP. | § | |

## NOTICE OF SETTING

Parties are advised that a Motion Hearing on Intervenors' Amended Motion to Reinstate and for Referral to Magistrate Judge (Doc. #213) is set for January 5, 2010 at 2:00 p.m., before United States District Judge Vanessa D. Gilmore in Courtroom 9A, 9th Floor of the United States Courthouse located at 515 Rusk, Houston, Texas.

Copies of Judge Vanessa D. Gilmore's procedures are available through the court's web site: www.txs.uscourts.gov.

Clerk of Court

By B. Esthela Mares, Case Manager to
U. S. District Judge Vanessa D. Gilmore

Date: December 28, 2009