UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TAWANNA THIERRY | § § § | |
| Plaintiff | § § | |
| v. | § § | CIVIL ACTION NO. H-07-1086 |
| SCHLUMBERGER TECHNOLOGY CORPORATION | § § § | |
| Defendant. | § § | |

## **ORDER**

IT IS ORDERED that the Agreed Motion to Dismiss With Prejudice is GRANTED. This case is hereby DISMISSED WITH PREJUDICE.

All costs of court and/or attorneys' fees incurred by the parties will be paid by the parties incurring them.

SIGNED this _____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE
JUDGE